1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 JOEL P. WHITNEY,

12               Plaintiff,               No. CIV S-07-2158 FCD CMK P

13       vs.

14 R.J. SUBIA, et al.,

15               Defendants.               ORDER

16 _____/

17               Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

18 to 42 U.S.C. § 1983.  Pending before the court is plaintiff's request for leave to proceed in forma

19 pauperis (Doc. 5).  Plaintiff's complaint will be addressed separately.

20               Plaintiff has submitted a declaration that makes the showing required by 28

21 U.S.C. § 1915(a).  The request to proceed in forma pauperis will, therefore, be granted.

22               Accordingly, IT IS HEREBY ORDERED that:

23               1.       Plaintiff's motion for leave to proceed in forma pauperis is granted;

24               2.       Plaintiff is required to pay the full statutory filing fee of $350.00 for this

25 action pursuant to 28 U.S.C. §§ 1914(a) and 1915(b)(1);

26 / / /

1

1            3.      No initial partial filing fee will be assessed pursuant to 28 U.S.C.

2    § 1915(b)(1); and

3            4.      Plaintiff will be obligated for monthly payments of twenty percent of the

4    preceding month's income credited to plaintiff's prison trust account, such payments to be

5    forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's

6    account exceeds $10.00, until the statutory filing fee is paid in full, pursuant to 28 U.S.C.

7    § 1915(b)(2).

8

9      DATED:  November 29, 2007

10

11                                             **CRAIG M. KELLISON**

12                                             UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26